UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CAITLIN ANN WOLF | |
| | CIVIL ACTION |
| VERSUS | |
| | NO.  19-806-JWD-EWD |
| ROGER CALVIN LOOPER, II AND ASCENSION PARISH SHERIFF'S DEPT. | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July13, 2020 (Doc. 20), to which no objection was filed;

**IT IS ORDERED** that matter is DISMISSED WITHOUT PREJUDICE, with reinstatement allowed within 30 days for good cause shown, for Plaintiff Caitlin Ann Wolf's failure to comply with Court Orders and appear for the scheduled Spears hearing and show cause hearing.

**IT IS FIRTJER ORDERED** that the Clerk of Court is to provide the Opinion and Judgment to Plaintiff Caitlin Ann Wolfe, via certified mail, return receipt requested to her last address of record at 71611 M-43 Apt. 6, South Haven, MI 49090.

Signed in Baton Rouge, Louisiana, on <u>July 30, 2020</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

7004 1160 0003 2648 5836